**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-7481**

_____

In Re: SIMON BANKS,

                                              Petitioner.

_____

On Petition for Writ of Mandamus. (CR-04-249-1-MG)

_____

Submitted:  March 21, 2005          Decided:  April 15, 2005

_____

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Simon Banks, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Simon Banks petitions this court for a writ of mandamus to compel the district court to stay an order denying his motion for removal and remanding the case to state court. Mandamus is a drastic remedy to be used only in extraordinary circumstances. <u>Kerr v. United States Dist. Court</u>, 426 U.S. 394, 402 (1976). Mandamus relief is available only when there are no other means by which the relief sought could be granted, <u>In re Beard</u>, 811 F.2d 818, 826 (4th Cir. 1987), and may not be used as a substitute for appeal, <u>In re Catawba Indian Tribe</u>, 973 F.2d 1133, 1135 (4th Cir. 1992). The party seeking mandamus relief bears the heavy burden of showing he has no other adequate means to obtain the relief sought and that his entitlement to relief is "clear and indisputable." <u>Allied Chem. Corp. v. Daiflon, Inc.</u>, 449 U.S. 33, 35 (1980). We deny Banks' petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

- 2 -